# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| WESTPAC RESTORATION, INC. ) | Case No.  17-18211-EEB |
| Tax ID / EIN: 22-2212439 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. | |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices.  Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: September 5, 2017                    Respectfully submitted,

Patrick S. Layng
UNITED STATES TRUSTEE

/s/ Alison E. Goldenberg
By: Alison E. Goldenberg, #37138
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO  80294
(303) 312.7238
(303) 312-7259 fax
Alison.Goldenberg@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: September 5, 2017

Westpac Restoration, Inc.
765 Aviation Way
Colorado Springs, CO 80916

Ethan Birnberg
600 17th St., Ste. 1800 South
Denver, CO 80202

                                                  /s/ Sherri Barnett
                                                  Office of the United States Trustee