# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| WESTPAC RESTORATION, INC. ) | Case No. 17-18211 EEB |
| EIN: 26-2212439 ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

Pursuant to Fed. R. Bankr. P. 9010(b), David M. Miller, of the law firm of Spencer Fane LLP, hereby gives notice of his entry of appearance on behalf of Robertson B. Cohen, trustee, and requests that all notices, pleadings and other documents filed and/or served in this case (including, without limitation, all those described in Fed. R. Bankr. P. 2002 and 9007), be sent to the following:

> David M. Miller, Esq.
> Spencer Fane LLP
> 1700 Lincoln Street, Suite 2000
> Denver, CO 80203
> Ph. (303) 839-3800
> Fax (303) 839-3838
> e-mail: dmiller@spencerfane.com

Date: May 21, 2018                    SPENCER FANE LLP

                        By:   /s/ David M. Miller, Esq.
                              David M. Miller, #17915
                              1700 Lincoln Street, Suite 2000
                              Denver, CO 80203
                              Ph. (303) 839-3800
                              Fax (303) 839-3838
                              e-mail: dmiller@spencerfane.com

                        PROPOSED ATTORNEYS FOR ROBERTSON B.
                        COHEN, TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 21, 2018, I served by prepaid first class mail a copy of NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961

Westpac Restoration, Inc.
765 Aviation Way
Colorado Springs, CO 80916-2740

Ethan Birnberg
Ballard Spahr LLP
1225 17th St., Ste. 2300
Denver, CO 80202-5535

Chad S. Caby
1200 17th St., Ste. 3000
Denver, CO 80202-5855

Robertson B. Cohen
1720 S. Bellaire St., Ste. 205
Denver, CO 80222-4327

Allison Goldenberg
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961

/s/ Nancy Schacht
Nancy Schacht