UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WESTPAC RESTORATION, INC. | ) | Case No. 17-18211 EEB |
| EIN: 26-2212439 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO
EMPLOY SPENCER FANE LLP AS ATTORNEYS**

**THIS MATTER** comes before the Court for consideration of the *Trustee's Application to Employ Spencer Fane LLP as Attorneys* ("**Application**").

The Application is filed by Robertson B. Cohen, in his capacity as trustee ("**Trustee**") of the Chapter 7 bankruptcy estate of the Debtor. The Application seeks authority to employ David M. Miller and the firm of Spencer Fane LLP ("**Proposed Counsel**") as attorneys for the Trustee. The Trustee seeks approval effective as of the date the Application was filed.

The Court has examined the Application and the Verified Statement of David M. Miller ("**Miller Statement**") attached thereto filed and served with the Application, and based on the representations therein,

**THE COURT FINDS** that:

A. The Application was served upon the Debtor, the Debtor's counsel, the U.S. Trustee, and all parties who have entered their appearances or requested notices in this case.

B. Proposed Counsel neither holds nor represent an interest adverse to the Debtor's estate with respect to matters within the scope of retention, are disinterested persons under 11 U.S.C. § 101(14), and the employment is necessary and is in the best interest of the Debtor's estate.

**IT IS THEREFORE ORDERED** that:

Effective as of the date the Application was filed, the Trustee is authorized to employ David M. Miller and the firm of Spencer Fane LLP as counsel to provide the services described in the Application.

1. Consistent with the intent of 11 U.S.C. § 328(b), services rendered by counsel will not be compensated to the extent that they fall within the scope of the duties of the Trustee that can be performed without the assistance of counsel.

2. No fees or expenses shall be paid to David M. Miller or Spencer Fane LLP without prior application and approval by the Court.

DATED: May 22, 2018.

BY THE COURT:

_Elizabeth E. Brown_
The Hon. Elizabeth E. Brown
United States Bankruptcy Judge