UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| WESTPAC RESTORATION, INC. | )   CASE NO. 17-18211-EEB |
| | )   CHAPTER 7 |
| | ) |
| | ) |
| | ) |
| Debtor(s). | ) |

**ORDER APPROVING APPLICATION TO EMPLOY PROFESSIONAL PERSON**

THE COURT HAVING BEEN INFORMED concerning the Trustee's Application to Employ Professional Person, good cause appearing therefor, no additional notice being required,

IT IS HEREBY ORDERED that the Trustee is authorized to hire Dennis & Company, P.C. as an Accountant to perform services related to any tax issue regarding this estate including but not limited to filing all necessary state and federal tax returns on behalf of the Estate. **NO COMPENSATION SHALL BE PAID WITHOUT PRIOR COURT APPROVAL UPON AN ADDITIONAL APPLICATION FOR COMPENSATION.**

DATED THIS   22nd day of May   , 2018.

BY THE COURT:

_____
United States Bankruptcy Judge
Hon. Elizabeth E. Brown