IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| WESTPAC RESTORATION, INC. | )   CHAPTER 7 |
| | )   CASE NO. 17-18211-EEB |
| | ) |
| | ) |
| Debtor(s). | ) |

**TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL BUSINESS PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE**

Robertson B. Cohen, the Chapter 7 Trustee herein, hereby requests authority to (i) employ Schur Success Auction and Appraisal Inc. ("Schur"), as the estate's auctioneer, pursuant to Bankruptcy Code §327(a) and Bankruptcy Rule 2014, (ii) sell business property at public auction sale, pursuant to Bankruptcy Code §363(b), and (iii) compensate Schur in the form of auctioneer's fees and expenses following such sale. In support hereof, Trustee states as follows:

1. Westpac Restoration, Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on September 1, 2017 (the "Petition Date"). On April 3, 2018, the Court granted an order allowing Debtor to convert to Chapter 7. Robertson B. Cohen is the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate.

2. In the bankruptcy schedules, Debtor listed office furniture, office fixtures, office equipment including computers, software and communication systems and other machinery and equipment – see attached **Exhibit A** (referred to herein as the "Business Property"). The Business Property is unencumbered and non-exempt.

3. Pursuant to 11 U.S.C. §541, Debtor's interest in the Business Property became property of the bankruptcy estate as of the Petition Date.

4. Pursuant to Bankruptcy Code §704, Trustee must collect and reduce all non-exempt property of the estate to money. Therefore, Trustee seeks to sell the Business Property at public auction sale, outside the ordinary course of Business and other interests in such property of entities other than the estate. Trustee is informed and believes there are no valid or enforceable liens, encumbrances or interests against the Business Property. Trustee also seeks authority to pay, from the proceeds of sale, an auctioneer's commission to Schur, the auctioneer, and the costs of sale.

5. Trustee seeks to employ Schur pursuant to Bankruptcy Code §327(a) to perform the public auction of the Business Property. Schur is an experienced auctioneer in the Colorado

Springs area. Subject to the supervision and further order of this Court, Schur will perform the following services:

    a.    Evaluation and/or appraisal of the Business Property for value to bankruptcy estate;

    b.    advertise the Business Property for sale and advertise the date, time and place of the auction;

    c.    conduct the auction;

    d.    collect and remit all proceeds of sale; and

    e.    prepare a report after sale showing the name of the purchaser and the sales price of the Business Property.

6.    Trustee requests authority to pay Schur a 5% commission of the gross sales price and allow Schur to auction on-line the Business Property with a 10% buyer's premium to be charged to the successful purchaser to cover the online fee. Trustee also requests authority to reimburse Schur for all necessary and reasonable expenses and costs in the process of selling the Business Property to the successful bidder. Trustee also requests authority to reimburse Schur for all necessary appraisal and valuation services if ultimately there is no sale of the Business Property. Such expense is not to exceed $500.00.

7.    The successful bidder of the Business Property will receive, if required, a Trustee's Deed conveying the Business Property as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee, if any. The successful bidder pays all costs to transfer title and pays any past or current taxes owed.

8.    The rates to be charged by Schur are customary and standard rates charged by auctioneers in the Colorado Springs area.

9.    To the best of Trustee's knowledge, Schur is a disinterested person and does not hold or represent any interest adverse to Trustee or the estate in matters upon which Schur is to be engaged. Schur does not have any connection with Trustee, Debtors, Debtors' creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

10.    Attached hereto is the Affidavit of Richard D. Schur, which states that Schur is a disinterested person under 11 U.S.C. §§101 and 327. The Affidavit also states that Schur is not a creditor, equity security holder or insider of the Debtors and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in Debtors or for any other reason. The Affidavit further states that Schur does not hold or represent an interest adverse to Trustee or the estate in matters upon which Schur is to be engaged.

11.    Schur is licensed to do Business in the State of Colorado and is in compliance with applicable laws governing the conduct of auctioneers. See Affidavit attached hereto.

12. Schur has executed a bond in favor of the United States in the amount of $100,000 to protect estate funds and the property in its possession and control. See Affidavit attached hereto.

13. Schur maintains general liability insurance in the amount of $2,000,000; it also has theft, fire and casualty insurance of $2,000,000.00. See Affidavit attached hereto.

14. If approved, Schur will undertake its best efforts to sell the Business Property for the highest price at public on-line auction at https://success-auctions.hibid.com ending on December 30, 2017. However, Trustee believes that it is impractical if not impossible to obtain an absolute date certain for the auction at this time, because Schur schedules its auctions with some flexibility, depending on the amount of items of property that are to be sold by on-line auction. Therefore, Trustee has advised interested parties in this notice to contact Schur by phone at (719) 667-1000 or on the website: www.SuccessRealtyAuctions.com or www.UCSSRA.com to confirm the auction dates.

15. Trustee believes that there are sound Business reasons for selling the Business Property and that the sale of such property by public auction to be conducted by Schur, in the manner described above is in the best interest of the bankruptcy estate and the creditors. Trustee therefore requests authority to sell the Business Property by public auction and to pay, from the gross proceeds of the auction, a 5% commission on the gross sales price to Schur, plus reimbursement of all reasonable expenses and costs.

WHEREFORE, Trustee respectfully requests that the Court enter an Order:

(i) authorizing Trustee to sell the Business Property at public auction, other than in the ordinary course of Business and to take all actions as may be necessary and appropriate to effectuate the sale of the Business Property;

(ii) authorizing Trustee to employ Schur to conduct the public auction of the Business Property and to compensate Schur at the rate of 5% of the gross sale proceeds of the Business Property plus reasonable and necessary costs and expenses incurred in connection with the sale; and

(iii) for such other and further relief as the Court deems just and proper.

Dated this June 1, 2018.

> Respectfully submitted,
>
> By: */s/ Robertson B. Cohen*
> Robertson B. Cohen, Chapter 7 Trustee
> 1720 S Bellaire, Suite 205
> Denver, CO  80222
> Telephone:  (303) 933-4529
> Email: trusteecohen@cohenlawyers.com

**ATTACHMENT TO SCHEDULE A/B #39, 41, 50**

| ADDITIONS: ITEM DESCRIPTION | YEAR ACQUIRED: | ORIGINAL INSTALLED COST: | PURCHASED NEW: | PURCHASED USED: | Current Value | Valuation Source |
|---|---|---|---|---|---|---|
| Furniture Row | 2009 | 932.21 | X | | 75 | Craiglist |
| American Furniture | 2009 | 1748.67 | X | | 150 | Craiglist |
| Filing Cabinets | 2005 | 700 | | X | 50 | Craiglist |
| | | | | Total 206 A/B 39 | 275 | |
| | | | | | | |
| HP Large Format Printer | 2007 | 2257 | X | | 250 | Ebay |
| Fujitsu Scanner | 2011 | 964.99 | X | | 100 | Ebay |
| Brother 9970 Printer | 2012 | 590.69 | X | | 125 | Ebay |
| Samsung Series 7 Laptop | 2012 | 1114.78 | X | | 175 | Ebay |
| Macbook Air 13" | 2012 | 1610.99 | X | | 240 | Ebay |
| 2 Lenovo Docking Stations | 2012 | 756.73 | X | | 32 | Ebay |
| ThinkPad W530 | 2012 | 2153.46 | X | | 298 | Ebay |
| Tamron sp 70-200mm | 2013 | 1,614 | X | | 235 | BH PhotoVideo |
| Canon 5D | 2013 | 3,244 | X | | 428 | BH PhotoVideo |
| Peplink 310 | 2013 | 1,645 | X | | 270 | Est from BPL-210 Ebay |
| Canon 600EX-RT | 2013 | 628 | X | | 180 | BH PhotoVideo |
| Canon EF 100mm macro | 2013 | 969 | X | | 281 | BH PhotoVideo |
| APC SUA48XLBP Battery | 2013 | 633 | X | | 0 | 4 year old lead acid batteries |
| StarTech KVM | 2013 | 322 | X | | 80 | Ebay |
| Synology DS1813P NAS | 2013 | 1,089 | X | | 400 | Ebay |
| Epson Stylus Pro 3880 | 2014 | 1,419 | X | | 350 | Ebay |
| Surface Pro 2 | 2014 | 1,947 | X | | 150 | Ebay |
| Iphone 6 | 2014 | 430 | X | | 130 | Ebay |
| Iphone 6 | 2014 | 430 | X | | 130 | Ebay |
| APC UPS SMT1500 | 2014 | 452 | X | | 75 | Ebay |
| Peplink BPL-210 | 2014 | 1,000 | X | | 180 | Ebay |
| Samsung Note 4 | 2014 | 339 | X | | 114 | Ebay |
| Synology DS1513+ | 2014 | 1,646 | X | | 300 | Ebay |
| Samsung 840 SSD | 2014 | 254 | X | | 60 | Ebay |
| Samsung 850 SSD | 2014 | 574 | X | | 70 | Ebay |
| Microsoft Surface Pro 3 | 2015 | 2466 | X | | 219 | Ebay |
| Sony A6000 | 2015 | 646 | X | | 41 | BH PhotoVideo |
| Sony A7RII | 2015 | 3,444 | X | | 1225 | BH PhotoVideo |
| Sony FE 24-240mm | 2015 | 1,076 | X | | 350 | BH PhotoVideo |
| Sony VGC-2EM | 2015 | 351 | X | | 80 | Ebay |
| Sony Flash HVL-F43M | 2015 | 431 | X | | 150 | Ebay |
| Metabone Sony E to Canon | 2015 | 431 | X | | 100 | BH PhotoVideo |
| Macbook 2015 12" | 2016 | 1,732 | X | | 450 | cashforyoumac |
| Samsung SSD | 2016 | 579 | X | | 100 | Est |
| X-tronics Soldering Station | 2016 | 254 | X | | 136 | Ebay |
| Digital Loggers Power Panel | 2016 | 334 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Asus Monitor | 2016 | 325 | X | | 100 | Ebay |
| Lenovo Desktop | 2016 | 730 | X | | 160 | Used computer Google Search |
| Lenovo Desktop | 2016 | 730 | X | | 160 | Used computer Google Search |
| Lenovo Micro Desktop | 2016 | 835 | X | | 300 | Newegg |
| APC UPS | 2016 | 475 | X | | 115 | Ebay |
| Sony 70-200mm Camera Lense | 2016 | 1,741 | X | | 586 | BH PhotoVideo |
| | | | | Total 206 A/B 41 | 9525 | |
| | | | | | | |
| ForkLift | 2004 | 10063 | | X | 6000 | 60% of cost |
| ForkLift | 2011 | 6000 | | X | 2500 | 42% of cost |
| Miller Dynasty 200 Tig Welder | 2013 | 5,107 | X | | 2200 | Danarttools.com |
| Enco 8" rotary table | 2013 | 300 | X | | 100 | |
| Horiz Band Saw | 2013 | 1,362 | X | | 300 | Ebay |
| Aircraft Scales | 2016 | 2,500 | | X | 2000 | |
| Shelving | 2003 | 11292 | X | | 3950 | 35% of cost |
| Shelving | 2004 | 607 | X | | 212 | 35% of cost |
| | | | | Total 206 A/B 50 | 17262 | |
| | | | | | | |
| | | | | Total | 27062 | |

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | CASE NO: **17-18211-EEB** |
| **Westpac Restoration, Inc.** ) | |
| ) | CHAPTER 7 |
| DEBTORS ) | |

## AFFIDAVIT OF AUCTIONEER / LIQUIDATOR

The undersigned submits an affidavit in support of employment by the Trustee as set forth in the Trustee's Motion to Appoint Professional as Auctioneer/Liquidator to the Trustee that was filed by the Trustee

| | |
|---|---|
| STATE OF COLORADO ) | |
| ) ss. | |
| COUNTY OF EL PASO ) | |

I, Richard D. Schur, of Schur Success Auction & Appraisal Inc., (dba Schur Success Group), being first duly sworn, do state an aver as follows:

1. I am an experienced Auctioneer/ Liquidator licensed to provide these services in the State of Colorado.

2. I am a Master Personal Property Appraiser credentialed by the National Auctioneer's Association, and a Certified Machinery Expert Appraiser credentialed by NEBB Institute.

3. I maintain an office for the practice of auctioning in Colorado with a mailing address of 366 Second Street, Suite B, Monument, Colorado 80132. My telephone numbers are (719) 667-1000, and (866) 290-2243, ext. 2.

4. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Schur Success Group, hold any interest adverse to the bankruptcy estate, the Debtors, the creditors, the Chapter 7 Trustee of the United States Trustee. I believe that all employees, officers and directors of Schur Success Group, are disinterested persons with the meaning of 11 U.S.C. 101(14).

5. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Schur Success Group, have any connections with the Debtors, creditors, any other party of interest, their respective attorneys and accountants or any person employed in the office of the U.S. Trustee. The only connection I have with the Chapter 7 Trustee is that I have been employed by the Trustee in other unrelated bankruptcy cases.

6. Schur Success Group, has a blanket bond in the amount of fifty-thousand dollars ($50,000). Bond No. 0704464 is a bond issued in the favor of the U.S. Government. This Bond has been in force since May 31, 2016 and is paid up to the next renewal date of May 31, 2019 (the Bond renews continuously until canceled by the Principal).

7. Schur Success Group, has liability insurance in the amount of $2,000,000.00; it also has theft, fire and casualty insurance of $2,000,000.00. These policies are issued by Conifer Insurance Company, policy number CICP 014804. The insurance is in effect and is paid annually through the next renewal date of November 1, 2018.

8. I have agreed to represent the Trustee for reasonable compensation. Schur Success Group, requests to place these assets for auction in an on-line format, with a ten percent (10%) buyer's premium (cash or cash equivalent) to be charged to the successful bidder, and a five percent (5%) commission on the gross proceeds of the sale to be paid by the estate (seller). In addition, I will receive reasonable compensation for my actual and necessary costs of sale to sell transport, advertise, and store the property to be sold and others.

9. I have not shared nor agreed to share compensation received herein with any persons.

10. It is my understanding that the assets are to be sold in an online auction, in this case, **Office Equipment, Office Furniture, Aviation Maintenance Equipment and Parts, Miscellaneous Personal Property, and any other assets ordered for sale by this Court**. If applicable, the State of Colorado is hereby directed to issue title to successful purchaser at Trustee auction.

11. I would contemplate that the assets of this estate would be placed, after approval of employment and the motion to sell, in the next routinely scheduled auction or similar assets and vehicle sale(s) or into an individual auction of these specific items, and that the estate would not, incur unnecessary advertising expenses related to the auction sale(s).

12. After any sale conducted by me, I will submit to the Trustee the proceeds from the sale. At that time I will also submit to the Trustee and the U.S. Trustee a Report of Sale containing a complete statement and itemization of all assets and equipment sold, the sales prices, the purchasers, and the cost of the sale.

Executed this **18th** day of **May**, 2018

_____
Richard D. Schur

Subscribed and sworn to before me in the county of **El Paso**, State of Colorado, this **18th** day of **May**, 2018.

_____
**MICHAEL P WHITFIELD**
**NOTARY PUBLIC**
Notary Expires: **JANUARY 24, 2021**

MICHAEL P WHITFIELD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174003629
MY COMMISSION EXPIRES JAN 24, 2021